Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−36072−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Joseph McCaffrey                        Heather Joan McCaffrey
   25 Britten Road                                 25 Britten Road
   Green Village, NJ 07935                         Green Village, NJ 07935

Social Security No.:
   xxx−xx−3485                                     xxx−xx−4741

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on April 30, 2018.

   On 10/9/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 September 27, 2019
Time:                 08:30 AM
Location:             Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 1, 2019
JAN: zlh

                                                              Jeanne Naughton
                                                              Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                  Case No. 17-36072-JKS
Michael Joseph McCaffrey                                                Chapter 13
Heather Joan McCaffrey
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Aug 01, 2019
                              Form ID: 185                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db/jdb         +Michael Joseph McCaffrey,   Heather Joan McCaffrey,   25 Britten Road,
                 Green Village, NJ 07935-3001
517282529      +Ally,   PO BOX 9014,   Coppell, TX 75019-9014
517343624       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517256665      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517256669      +CMRE Financial Svcs Inc,   3075 E Imperial Hwy,   Suite 200,   Brea, CA 92821-6753
517256667      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517256668      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
517256670      +College of Saint Elizabeth,   2 Convent Road,   Morristown, NJ 07960-6923
517256674      +Dsnb Bloomingdales,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517256675      +Harrison Endosurgical Center,   620 Essex Street,   3rd Floor,   Harrison, NJ 07029-2134
517256676      +JAG Physical Therapy,   461 Main Street,   Chatham, NJ 07928-2102
517256677      +Madison Dental Assoc.,   50 Main Street,   Madison, NJ 07940-1893
517282534      +Madison Dental Associates,   c/o David B Watner Esq,   1129 Bloomfield Ave. #208,
                 West Caldwell, NJ 07006-7123
517256678       Overlook Medical Center,   P.O. Box 35611,   Newark, NJ 07193-5611
517256680       Sports Training Physical Therapy,   P.O. Box 2090,   Tarrytown, NY 10591-9090
517256687      +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517256688      +Tri-County Orthopedics,   P.O. Box 1446,   Morristown, NJ 07962-1446
517271127      +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
517256691     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701)
517342961       Wells Fargo Bank, N.A.,   Default Document Processing N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 00:28:57   U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 00:28:53   United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517256664      +E-mail/Text: ally@ebn.phinsolutions.com Aug 02 2019 00:27:01   Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
517256666      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2019 00:35:04   Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517256671      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 02 2019 00:28:41   Comenity Bank,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517256672      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 02 2019 00:28:41   Comenity Bank/Talbots,
                 Po Box 182125,   Columbus, OH 43218-2125
517256673      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 02 2019 00:29:43
                 Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
517256679      +E-mail/Text: clientservices@simonsagency.com Aug 02 2019 00:29:38   Simons Agency Inc,
                 4963 Wintersweet Dr,   Liverpool, NY 13088-2176
517256681      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:34:57   Syncb Bank/American Eagle,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517256682      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:35:37   Syncb/Lord & Taylor,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517256683      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:34:57   Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517256684      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:35:38   Synchrony Bank/Gap,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517256685      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:35:39   Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517256686      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:34:57   Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517379403      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2019 00:35:18   Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517256689       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 02 2019 00:26:54
                 Verizon Wireless,   Attn: Bankruptcy Administration,   500 Technology Drive #550,
                 Saint Charles, MO 63304-2225
517256690      +E-mail/Text: vci.bkcy@vwcredit.com Aug 02 2019 00:29:08   Volkswagen Credit, Inc,   Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 17
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Aug 01, 2019
                               Form ID: 185             Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517473663*     +College of Saint Elizabeth,   2 Convent Road,   Morristown, NJ 07960-6923
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:

```
              Andy   Winchell    on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Andy   Winchell    on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com
              Brian Patrick Matthews    on behalf of Defendant    WELLS FARGO BANK BMatthews@reedsmith.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NA cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John O. Lukanski    on behalf of Creditor    WELLS FARGO BANK, NA rfriedman@reedsmith.com,
               jlukanski@reedsmith.com
              John O. Lukanski    on behalf of Defendant    WELLS FARGO BANK rfriedman@reedsmith.com,
               jlukanski@reedsmith.com
              Leidy J Gutierrez    on behalf of Defendant    WELLS FARGO BANK lgutierrez@reedsmith.com
              Leidy J Gutierrez    on behalf of Creditor    WELLS FARGO BANK, NA lgutierrez@reedsmith.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Thomas R. Dominczyk    on behalf of Creditor    Ally Bank tdominczyk@mauricewutscher.com,
               thomas-dominczyk-5025@ecf.pacerpro.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 14
```