Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−36072−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Joseph McCaffrey                   Heather Joan McCaffrey
   25 Britten Road                              25 Britten Road
   Green Village, NJ 07935               Green Village, NJ 07935

Social Security No.:
   xxx−xx−3485                                xxx−xx−4741

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/9/21 at 10:00 AM

to consider and act upon the following:

*73* – Motion to Approve Loan Modification with Wells Fargo Bank, N.A. Filed by Andy Winchell on behalf of Heather Joan McCaffrey, Michael Joseph McCaffrey. Objection deadline is 08/19/2021. (Attachments: # 1 Brief # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Winchell, Andy)

*74* – Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:73 Motion to Approve Loan Modification with Wells Fargo Bank, N.A. Filed by Andy Winchell on behalf of Heather Joan McCaffrey, Michael Joseph McCaffrey. Objection deadline is 08/19/2021. (Attachments: # 1 Brief # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Michael Joseph McCaffrey, Joint Debtor Heather Joan McCaffrey) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 8/11/21

                                                           Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court