Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−36072−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Joseph McCaffrey                    Heather Joan McCaffrey
   25 Britten Road                             25 Britten Road
   Green Village, NJ 07935                     Green Village, NJ 07935

Social Security No.:
   xxx−xx−3485                                 xxx−xx−4741

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/9/21 at 10:00 AM

to consider and act upon the following:

*73* − Motion to Approve Loan Modification with Wells Fargo Bank, N.A. Filed by Andy Winchell on behalf of Heather Joan McCaffrey, Michael Joseph McCaffrey. Objection deadline is 08/19/2021. (Attachments: # 1 Brief # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Winchell, Andy)

*74* − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:73 Motion to Approve Loan Modification with Wells Fargo Bank, N.A. Filed by Andy Winchell on behalf of Heather Joan McCaffrey, Michael Joseph McCaffrey. Objection deadline is 08/19/2021. (Attachments: # 1 Brief # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Michael Joseph McCaffrey, Joint Debtor Heather Joan McCaffrey) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 8/11/21

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-36072-JKS |
| Michael Joseph McCaffrey | Chapter 13 |
| Heather Joan McCaffrey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | |
| | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | |
| | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | |
| | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | |
| | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | |

|  |  |
|---|---|
|  | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK  NA dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK  NA jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| John O. Lukanski | on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com  jlukanski@reedsmith.com |
| Leidy J Gutierrez | on behalf of Creditor WELLS FARGO BANK  NA lgutierrez@reedsmith.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Thomas R. Dominczyk | on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com  thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17