UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Case No.: __17-36072 (JKS)__

Michael Joseph McCaffrey   Chapter: __13__
Heather Joan McCaffrey   Judge: __John K. Sherwood__

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Michael and Heather McCaffrey__, __the Debtors__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __September 23, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __50 Walnut Street, Newark, New Jersey 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:   See motion filed and mailed on August 19, 2021.

Pertinent terms of settlement:   See proposed settlement agreement attached hereto

Objections must be served on, and requests for additional information directed to:

Name:   Law Offices of Andy Winchell, P.C.

Address:   100 Connell Drive, Suite 2300, Berkeley Heights, NJ 07922

Telephone No.:   (973) 457-4710

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 17-36072-JKS

Michael Joseph McCaffrey                                                                                Chapter 13

Heather Joan McCaffrey

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: pdf905 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |
| 517282529 | + | Ally, PO BOX 9014, Coppell, TX 75019-9014 |
| 517343624 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517256665 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517256669 | + | CMRE Financial Svcs Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 517256670 | + | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |
| 517256675 | + | Harrison Endosurgical Center, 620 Essex Street, 3rd Floor, Harrison, NJ 07029-2134 |
| 517256676 | + | JAG Physical Therapy, 461 Main Street, Chatham, NJ 07928-2102 |
| 517256677 | + | Madison Dental Assoc., 50 Main Street, Madison, NJ 07940-1893 |
| 517282534 | + | Madison Dental Associates, c/o David B Watner Esq, 1129 Bloomfield Ave. #208, West Caldwell, NJ 07006-7123 |
| 517256678 | | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 517256680 | | Sports Training Physical Therapy, P.O. Box 2090, Tarrytown, NY 10591-9090 |
| 517256687 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517256688 | + | Tri-County Orthopedics, P.O. Box 1446, Morristown, NJ 07962-1446 |
| 517271127 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517256691 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517342961 | #+ | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517256664 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2021 20:27:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517256666 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 20:37:10 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517256668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 20:37:15 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517256671 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2021 20:28:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517256672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2021 20:28:00 | Comenity Bank/Talbots, Po Box 182125, |

Case 17-36072-JKS    Doc 79    Filed 08/28/21    Entered 08/29/21 04:15:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2125 |
| 517256673 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 26 2021 20:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517256674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 20:36:59 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517256667 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 26 2021 20:36:57 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517256679 | + | Email/Text: clientservices@simonsagency.com | Aug 26 2021 20:28:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517256681 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256682 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:09 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256683 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256684 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256685 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256686 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517379403 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 26 2021 20:37:15 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517256689 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 26 2021 20:27:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |
| 517256690 | + | Email/Text: vci.bkcy@vwcredit.com | Aug 26 2021 20:28:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517473663 | *+ | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021             Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK  NA dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK  NA jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| John O. Lukanski | on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com  jlukanski@reedsmith.com |
| Leidy J Gutierrez | on behalf of Creditor WELLS FARGO BANK  NA lgutierrez@reedsmith.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Thomas R. Dominczyk | on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com  thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17