Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−36072−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael Joseph McCaffrey          Heather Joan McCaffrey
25 Britten Road                   25 Britten Road
Green Village, NJ 07935           Green Village, NJ 07935

Social Security No.:
   xxx−xx−3485                    xxx−xx−4741

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      10/14/21
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andy Winchell, Debtor's Attorney

COMMISSION OR FEES
$41,042.50

EXPENSES
$79.80

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☑    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows: From 100% of claims filed to 71% of claims filed.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 8, 2021
JAN:

                                                        Jeanne Naughton
                                                        Clerk

Case 17-36072-JKS    Doc 83    Filed 09/10/21    Entered 09/11/21 00:11:41    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 17-36072-JKS

Michael Joseph McCaffrey     Chapter 13

Heather Joan McCaffrey

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Sep 08, 2021     Form ID: 137     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |
| 517282529 | + | Ally, PO BOX 9014, Coppell, TX 75019-9014 |
| 517343624 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517256665 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517256669 | + | CMRE Financial Svcs Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 517256670 | + | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |
| 517256675 | + | Harrison Endosurgical Center, 620 Essex Street, 3rd Floor, Harrison, NJ 07029-2134 |
| 517256676 | + | JAG Physical Therapy, 461 Main Street, Chatham, NJ 07928-2102 |
| 517256677 | + | Madison Dental Assoc., 50 Main Street, Madison, NJ 07940-1893 |
| 517282534 | + | Madison Dental Associates, c/o David B Watner Esq, 1129 Bloomfield Ave. #208, West Caldwell, NJ 07006-7123 |
| 517256678 | | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 517256680 | | Sports Training Physical Therapy, P.O. Box 2090, Tarrytown, NY 10591-9090 |
| 517256687 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517256688 | + | Tri-County Orthopedics, P.O. Box 1446, Morristown, NJ 07962-1446 |
| 517271127 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517256691 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517342961 | #+ | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517256664 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2021 20:20:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517256666 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 20:36:10 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517256668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 20:36:13 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517256671 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517256672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity Bank/Talbots, Po Box 182125, |

Case 17-36072-JKS    Doc 83    Filed 09/10/21    Entered 09/11/21 00:11:41    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: 137 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2125 |
| 517256673 | + | Email/Text: bankruptcy_notifications@ccsusa.com Sep 08 2021 20:20:00 | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517256674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Sep 08 2021 20:36:13 | | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517256667 | | Email/PDF: ais.chase.ebn@americaninfosource.com Sep 08 2021 20:35:57 | | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517256679 | + | Email/Text: clientservices@simonsagency.com Sep 08 2021 20:20:00 | | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517256681 | + | Email/PDF: gecsedi@recoverycorp.com Sep 08 2021 20:35:57 | | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256682 | + | Email/PDF: gecsedi@recoverycorp.com Sep 08 2021 20:36:03 | | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256683 | + | Email/PDF: gecsedi@recoverycorp.com Sep 08 2021 20:36:09 | | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256684 | + | Email/PDF: gecsedi@recoverycorp.com Sep 08 2021 20:36:03 | | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256685 | + | Email/PDF: gecsedi@recoverycorp.com Sep 08 2021 20:35:57 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256686 | + | Email/PDF: gecsedi@recoverycorp.com Sep 08 2021 20:36:03 | | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517379403 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2021 20:36:00 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517256689 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 08 2021 20:20:00 | | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |
| 517256690 | + | Email/Text: vci.bkcy@vwcredit.com Sep 08 2021 20:20:00 | | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517473663 | *+ | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK  NA dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK  NA jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| John O. Lukanski | on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com  jlukanski@reedsmith.com |
| Leidy J Gutierrez | on behalf of Creditor WELLS FARGO BANK  NA lgutierrez@reedsmith.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Thomas R. Dominczyk | on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com  thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17