Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17−36072−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Joseph McCaffrey                               Heather Joan McCaffrey
   25 Britten Road                                                    25 Britten Road
   Green Village, NJ 07935                              Green Village, NJ 07935

Social Security No.:
   xxx−xx−3485                                                        xxx−xx−4741

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 10, 2021.

Dated: September 10, 2021
JAN: zlh

                                                                                              Jeanne Naughton
                                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Joseph McCaffrey  
Heather Joan McCaffrey  
    Debtors

Case No. 17-36072-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |
| 517282529 | + | Ally, PO BOX 9014, Coppell, TX 75019-9014 |
| 517343624 |  | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517256665 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517256669 | + | CMRE Financial Svcs Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 517256670 | + | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |
| 517256675 | + | Harrison Endosurgical Center, 620 Essex Street, 3rd Floor, Harrison, NJ 07029-2134 |
| 517256676 | + | JAG Physical Therapy, 461 Main Street, Chatham, NJ 07928-2102 |
| 517256677 | + | Madison Dental Assoc., 50 Main Street, Madison, NJ 07940-1893 |
| 517282534 | + | Madison Dental Associates, c/o David B Watner Esq, 1129 Bloomfield Ave. #208, West Caldwell, NJ 07006-7123 |
| 517256678 |  | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 517256680 |  | Sports Training Physical Therapy, P.O. Box 2090, Tarrytown, NY 10591-9090 |
| 517256687 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517256688 | + | Tri-County Orthopedics, P.O. Box 1446, Morristown, NJ 07962-1446 |
| 517271127 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517256691 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517342961 | #+ | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517256664 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 10 2021 20:28:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517256666 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:32:09 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517256668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2021 20:32:12 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517256671 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2021 20:29:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517256672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2021 20:29:00 | Comenity Bank/Talbots, Po Box 182125, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2125 |
| 517256673 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 10 2021 20:29:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517256674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2021 20:47:31 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517256667 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 20:31:56 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517256679 | + | Email/Text: clientservices@simonsagency.com | Sep 10 2021 20:29:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517256681 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:09 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256682 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:09 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256683 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256684 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:02 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256685 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256686 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:02 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517379403 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 10 2021 20:32:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517256689 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 10 2021 20:28:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |
| 517256690 | + | Email/Text: vci.bkcy@vwcredit.com | Sep 10 2021 20:29:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517473663 | *+ | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK NA dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK NA jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| John O. Lukanski | on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com jlukanski@reedsmith.com |
| Leidy J Gutierrez | on behalf of Creditor WELLS FARGO BANK NA lgutierrez@reedsmith.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com cbrown@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| Thomas R. Dominczyk | on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17