Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−36072−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Joseph McCaffrey
25 Britten Road
Green Village, NJ 07935

Heather Joan McCaffrey
25 Britten Road
Green Village, NJ 07935

Social Security No.:
xxx−xx−3485

xxx−xx−4741

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

 I Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Resolving Adversary Proceeding against Wells Fargo Bank, N.A..

Dated: September 17, 2021
JAN: smz

Jeanne Naughton
Clerk