| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Law Offices of Andy Winchell, P.C.<br>100 Connell Drive, Suite 2300<br>Berkeley Heights, New Jersey 07922<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtor | **Order Filed on September 28, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Michael Joseph McCaffrey<br>Heather Joan McCaffrey<br><br>      Debtor | Case No.: 17-36072 (JKS)<br><br>Chapter: 13 |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page is hereby ORDERED.

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: September 28, 2021**

Debtor: Michael Joseph McCaffrey and Heather Joan McCaffrey
Case No.: 17-36072 (JKS)
Order Approving Settlement

Upon the motion (the "Motion") of the Debtor pursuant to Section 363 of Title 11 of the United States Code, Rule 9019 of the Rules of Bankruptcy Procedure, and Rule 9013-1 of the Local Bankruptcy Rules for the entry of an order approving the Settlement as described in the Motion, no party having objected to the Motion, the Debtor and defendant having amicably resolved the matter, and for cause shown, it is

ORDERED as follows:

1. The Motion is granted;

2. The Settlement is approved according to the terms stated therein;

3. The Debtor and their counsel are authorized to allocate funds received from the defendant in accordance with the Motion.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-36072-JKS

Michael Joseph McCaffrey     Chapter 13

Heather Joan McCaffrey

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | |

on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Diane A. Bettino
on behalf of Creditor WELLS FARGO BANK NA dbettino@reedsmith.com, kcamarda@reedsmith.com

Diane A. Bettino
on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com kcamarda@reedsmith.com

Elizabeth L. Wassall
on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Ethan R. Buttner
on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com

John O. Lukanski
on behalf of Creditor WELLS FARGO BANK NA jlukanski@reedsmith.com, jlukanski@reedsmith.com

John O. Lukanski
on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com jlukanski@reedsmith.com

Leidy J Gutierrez
on behalf of Creditor WELLS FARGO BANK NA lgutierrez@reedsmith.com

Marie-Ann Greenberg
magecf@magtrustee.com

Mark E. Hall
on behalf of Mediator Mark Hall mhall@foxrothschild.com cbrown@foxrothschild.com

Rebecca Ann Solarz
on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com

Thomas R. Dominczyk
on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com thomas-dominczyk-5025@ecf.pacerpro.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17