| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Andy Winchell, PC<br>45 River Road, Suite 3<br>Summit, New Jersey 07901<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtor | **Order Filed on October 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Michael Joseph McCaffrey<br>Heather Joan McCaffrey<br>       Debtors | Case No.: 17-36072 (JKS)<br>Chapter: 13<br>Judge: Hon. John K Sherwood |

## ORDER GRANTING STANDARD CHAPTER 13 LEGAL FEES AND SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2021**

_Honorable John K. Sherwood_
_United States Bankruptcy Court_

1

The applicant having certified that standard Chapter 13 legal services and legal work supplemental to basic Chapter 13 services have been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, PC the applicant, is allowed fees of $41,042.50 for services rendered and expenses of $79.80. $25,076.00, a portion of this amount, shall be paid:

| | |
|---|---|
| __X__ | $20,000.00 from the proceeds of litigation against Wells Fargo Bank, N.A. |
| __X__ | $5,076.00 through the chapter 13 plan as an administrative priority. |
| _____ | outside the plan. |

The debtor's monthly plan is modified to require a payment of $ __n/a__ per month for __n/a__ months to allow for the payment of aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-36072-JKS

Michael Joseph McCaffrey  Chapter 13

Heather Joan McCaffrey

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Oct 21, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | |

|  |  |
|---|---|
|  | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK  NA dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK  NA jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| John O. Lukanski | on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com  jlukanski@reedsmith.com |
| Leidy J Gutierrez | on behalf of Creditor WELLS FARGO BANK  NA lgutierrez@reedsmith.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Thomas R. Dominczyk | on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com  thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17