| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>MICHAEL JOSEPH MCCAFFREY<br>HEATHER JOAN MCCAFFREY | Case No.:  17-36072<br><br>Adv. No.:<br><br>Hearing Date:  03/09/2023<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/01/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
MICHAEL JOSEPH MCCAFFREY
HEATHER JOAN MCCAFFREY
25 BRITTEN ROAD
GREEN VILLAGE, NJ  07935
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDY WINCHELL
LAW OFFICES OF ANDY WINCHELL, PC
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ  07921
Mode of Service:  ECF and/or Regular Mail

Dated:  February 01, 2023

By:  /S/  Keith Guarneri
Keith Guarneri