| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Michael Joseph McCaffrey<br>Heather Joan McCaffrey | Case No.:<br>Chapter:<br>Judge: | 17-36072<br>13<br>Hon. John K Sherwood |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ___Heather Joan McCaffrey___ debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __2/21/2023__                                     _Heather Joan McCaffrey_
                                                         Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18