UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

| | |
|---|---|
| In Re:<br><br>Michael Joseph McCaffrey<br>Heather Joan McCaffrey<br><br>Debtor | Case No.: 17-36072 (JKS)<br><br>Chapter: 13 |

## DEBTORS' OBJECTION TO MOTION TO DISMISS

The above-captioned debtors (collectively, the "Debtor") respectfully respond to the Motion to Dismiss ("Motion") filed by the standing chapter 13 trustee (the "Trustee"). The Trustee brought the Motion on the ground that the Debtor had not made a payment of $264. The Debtor has since made the relevant payment and the Trustee has filed a plan complete letter. Therefore the Debtor requests that the Court deny the Motion as moot.

Dated this the 2nd day of March, 2023.


/s/ Andy Winchell
Law Offices of Andy Winchell, P.C.
90 Washington Valley Road
Bedminster, New Jersey 07921
973-457-4710
andy@winchlaw.com
Attorney for the Debtor