| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Joseph McCaffrey<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3485<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Heather Joan McCaffrey<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4741<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   17–36072–JKS | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Joseph McCaffrey         Heather Joan McCaffrey

<u>6/7/23</u>

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Joseph McCaffrey  
Heather Joan McCaffrey  
    Debtors

Case No. 17-36072-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 07, 2023     Form ID: 3180W     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph McCaffrey, Heather Joan McCaffrey, 25 Britten Road, Green Village, NJ 07935-3001 |
| 517282529 | #+ | Ally, PO BOX 9014, Coppell, TX 75019-9014 |
| 517256670 | + | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |
| 517256675 | + | Harrison Endosurgical Center, 620 Essex Street, 3rd Floor, Harrison, NJ 07029-2134 |
| 517256676 | + | JAG Physical Therapy, 461 Main Street, Chatham, NJ 07928-2102 |
| 517256677 | + | Madison Dental Assoc., 50 Main Street, Madison, NJ 07940-1893 |
| 517256678 | | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 517256680 | | Sports Training Physical Therapy, P.O. Box 2090, Tarrytown, NY 10591-9090 |
| 517256688 | + | Tri-County Orthopedics, P.O. Box 1446, Morristown, NJ 07962-1446 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517256664 | + | EDI: GMACFS.COM | Jun 08 2023 00:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517343624 | | Email/PDF: bncnotices@becket-lee.com | Jun 07 2023 21:09:10 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517256665 | + | Email/PDF: bncnotices@becket-lee.com | Jun 07 2023 21:09:04 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517256669 | | Email/Text: EBN_Brea@meduitrcm.com | Jun 07 2023 20:51:00 | CMRE Financial Svcs Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821 |
| 517256666 | + | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517256668 | + | EDI: CITICORP.COM | Jun 08 2023 00:37:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517256671 | + | EDI: WFNNB.COM | Jun 08 2023 00:37:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517256672 | + | EDI: WFNNB.COM | Jun 08 2023 00:37:00 | Comenity Bank/Talbots, Po Box 182125, Columbus, OH 43218-2125 |
| 517256673 | + | EDI: CCS.COM | Jun 08 2023 00:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 517256674 | + EDI: CITICORP.COM | Jun 08 2023 00:37:00 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517256667 | EDI: JPMORGANCHASE | Jun 08 2023 00:37:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517282534 | + Email/Text: watnerlaw@gmail.com | Jun 07 2023 20:51:00 | Madison Dental Associates, c/o David B Watner Esq, 1129 Bloomfield Ave. #208, West Caldwell, NJ 07006-7123 |
| 517256679 | + Email/Text: clientservices@simonsagency.com | Jun 07 2023 20:51:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517256681 | + EDI: RMSC.COM | Jun 08 2023 00:37:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256682 | + EDI: RMSC.COM | Jun 08 2023 00:37:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256683 | + EDI: RMSC.COM | Jun 08 2023 00:37:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256684 | + EDI: RMSC.COM | Jun 08 2023 00:37:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256685 | + EDI: RMSC.COM | Jun 08 2023 00:37:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256686 | + EDI: RMSC.COM | Jun 08 2023 00:37:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517256687 | + EDI: WTRRNBANK.COM | Jun 08 2023 00:37:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517271127 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Jun 07 2023 20:51:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517379403 | + EDI: AIS.COM | Jun 08 2023 00:37:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517256689 | EDI: VERIZONCOMB.COM | Jun 08 2023 00:37:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |
| 517256690 | + Email/Text: vci.bkcy@vwcredit.com | Jun 07 2023 20:51:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 517256691 | EDI: WFFC.COM | Jun 08 2023 00:37:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517342961 | + EDI: WFFC2 | Jun 08 2023 00:37:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517473663 | *+ | College of Saint Elizabeth, 2 Convent Road, Morristown, NJ 07960-6923 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Plaintiff Michael Joseph McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | on behalf of Joint Debtor Heather Joan McCaffrey andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian Patrick Matthews | on behalf of Defendant WELLS FARGO BANK BMatthews@reedsmith.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO BANK dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK  NA dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO BANK ebuttner@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK  NA jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| John O. Lukanski | on behalf of Defendant WELLS FARGO BANK jlukanski@reedsmith.com  jlukanski@reedsmith.com |
| Leidy J Gutierrez | on behalf of Creditor WELLS FARGO BANK  NA lgutierrez@reedsmith.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Thomas R. Dominczyk | on behalf of Creditor Ally Bank tdominczyk@mauricewutscher.com  thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16